IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYCE HAMILTON NEWBREAST,<br><br>Defendant. | CR 10-17-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Bryce Hamilton Newbreast (Newbreast) has been accused of violating the conditions of his supervised release. Newbreast admitted alleged violations 1, 2 and 4. Newbreast denied alleged violation 3. The Court dismissed alleged violation 3 on the government's motion. Newbreast's supervised release should be revoked. Newbreast should be placed in custody for 3 months, with 57 months of supervised release to follow. Newbreast should serve the first 6 months of supervised release in a residential re-entry center in Billings, Montana.

## II. Status

Newbreast pleaded guilty to Sexual Abuse on July 7, 2010. (Doc. 31). The Court sentenced Newbreast to 120 months of custody, followed by 10 years of

supervised release. (Doc. 37). Newbreast's current term of supervised release began on February 22, 2019. (Doc. 50 at 1).

**Petition**

The United States Probation Office filed a Petition requesting that the Court revoke Newbreast's supervised release on December 17, 2020. (Doc. 50). The Petition alleged that Newbreast had violated the conditions of his supervised release: 1) by failing to successfully complete his sex offender treatment program; 2) by failing to report for substance abuse testing; 3) by viewing sexually explicit images on the internet; and 4) by possessing materials depicting sexually explicit conduct.

**Initial appearance**

Newbreast appeared before the undersigned for his initial appearance on January 5, 2021. Newbreast was represented by counsel. Newbreast stated that he had read the petition and that he understood the allegations. Newbreast waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on January 5, 2021. Newbreast admitted that he had violated the conditions of his supervised release: 1) by failing

2

to successfully complete his sex offender treatment program; 2) by failing to report for substance abuse testing; and 3) by possessing materials depicting sexually explicit conduct. Newbreast denied alleged violation 3. The Court dismissed alleged violation 3 on the government's motion. The violations that Newbreast admitted are serious and warrant revocation of Newbreast's supervised release.

Newbreast's violations are Grade C violations. Newbreast's criminal history category is I. Newbreast's underlying offense is a Class A felony. Newbreast could be incarcerated for up to 60 months. He could be ordered to remain on supervised release for up to life, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Newbreast's supervised release should be revoked. Newbreast should be incarcerated for 3 months, with 57 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Newbreast should serve the first 6 months of supervised release in a residential re-entry center in Billings, Montana.

### IV. Conclusion

The Court informed Newbreast that the above sentence would be

recommended to United States District Judge Brian Morris. The Court also informed Newbreast of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Newbreast that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Bryce Hamilton Newbreast violated the conditions of his supervised release: by failing to successfully complete his sex offender treatment program; by failing to report for substance abuse testing; and by possessing materials depicting sexually explicit conduct.

The Court **RECOMMENDS:**

> That the District Court revoke Newbreast's supervised release and commit Newbreast to the custody of the United States Bureau of Prisons for 3 months, with 57 months of supervised release to follow. Newbreast should serve the first 6 months of supervised release in a residential re-entry center in Billings, Montana.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of January, 2021.

*John Johnston*
United States Magistrate Judge